**STATE of Missouri, Respondent,**

v.

**Timothy Lavel WRIGHT, Appellant.**

**No. ED 103126**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: August 30, 2016

William J. Swift, Missouri Public Defender Office, Columbia, MO, for Appellant.

Chris Koster, Attorney General, Nathan J. Aquino, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

## ORDER

PER CURIAM.

Timothy Lavel Wright appeals the judgment of conviction entered on a jury verdict convicting him of one count of first-degree burglary, four counts of first-degree sodomy, and three counts of first-degree rape. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 30.25(b).